**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.   Case No. 3:08-cr-49-J-32JRK

ERIC JONELLE COCHRAN

**O R D E R**

This case is before the Court on Defendant Eric Cochran's Motion Requesting a Judicial Recommendation Concerning Length of Residential Re-Entry Center Placement (Doc. 62) filed on July 9, 2019. The motion seeks a recommendation from the Court to the Bureau of Prisons that Mr. Cochran be afforded additional time in a residential re-entry center "so that [he] can properly reacclimate back into law-abiding society and have an opportunity to rebuild [his] life. . . ." (Doc. 62 at 1).

Residential re-entry centers allow defendants near the end of their sentences to "participat[e] in gainful employment, employment search efforts, community service, vocational training, treatment, educational programs, or similar facility-approved programs during non-residential hours." 28 C.F.R. § 570.20. Community confinement, which includes residential re-entry centers, cannot exceed twelve months. Id. § 570.21. "Inmates will be considered for pre-release community confinement in a manner consistent with 18 U.S.C. section

3621(b), determined on an individual basis, and of sufficient duration to provide the greatest likelihood of successful reintegration into the community, within the time-frames set forth in this part." Id. § 570.22. Under 18 U.S.C. § 3621(b), the Bureau of Prisons ("BOP") determines a prisoner's place of imprisonment. Although not binding on the BOP, it shall consider "any statement by the court that imposed the sentence . . . recommending a type of penal or correctional facility as appropriate," along with other factors.

Upon review of the motion and the record, the Court recommends Mr. Cochran be placed in community confinement to the greatest extent allowable.

**DONE AND ORDERED** in Jacksonville, Florida this 31st day of July, 2019.

TIMOTHY J. CORRIGAN
United States District Judge

jb
Copies:

U.S. Attorney's Office, Jacksonville Division
Maurice C. Grant, II , Esquire
U.S. Probation
U.S. Bureau of Prisons
Defendant